UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:   Theresa Ann Stewart                          Case No.   **09-33823-KRH**
Donald Bruce Stewart
Debtor(s)                          Chapter 13

APPLICATION FOR SUPPLEMENTAL COMPENSATION
OF ATTORNEY FOR DEBTOR(S)

Richard Oulton, Attorney for the Debtor(s) (the "Attorney"), applies for approval and payment of supplemental compensation as attorney for the Debtor(s) in the amount of $250**.**

1. The Attorney has provided services to the Debtor(s) in connection with the following:

**DEFENSE OF MOTION FOR RELIEF FROM AUTOMATIC STAY (CONTESTED HEARING)** filed on **6/7/2010** for which the Attorney requests compensation for service in the amount of $250.

2. Fees in the amount of $3,000.00 having been previously been paid by the Debtor(s) or approved for payment through the Debtor(s) Chapter 13 plan.

3. The Attorney is the sole provider of legal services to the Debtor(s).

4. The requested fee can be paid without reducing the dividend on unsecured claims promised in the Debtor(s) confirmed Chapter 13 plan.

5. The requested fee is determined from the schedule of fees and costs approved by the Court in Standing Order No. 08-1.

Respectfully submitted,

/s/ Richard J. Oulton
Richard J. Oulton (VSB#29640)
Attorney for Debtor
The Debt Law Group, PLLC
2800 N. Parham Rd, Ste 100
Henrico, VA 23294
(804)308-0051/Fax: (804)308-0053

Certificate of Service

I certify that on **1/4/2011**, I transmitted a true copy of the foregoing application electronically through the Court's CM/ECF system or by mail to the Debtor(s), Chapter 13 Trustee, the United States trustee if other than by the electronic means provided for at Local Bankruptcy Rule 2002-1(d)(3), and to all creditors and parties in interest on the mailing matrix maintained by the clerk of court, a copy of which is attached.

/s/ Richard J. Oulton
Richard J. Oulton

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:    Theresa Ann Stewart                    Case No.    **09-33823-KRH**
Donald Bruce Stewart
    Debtor(s)                        Chapter 13

NOTICE OF MOTION

Counsel for the Debtor(s) has filed an Application for Supplemental Compensation (the "Motion") in the amount of $**250** for defense of a motion for relief from the automatic stay in a contested hearing. The supplemental compensation will not reduce the payment to unsecured creditors under the Debtor(s) confirmed Chapter 13 plan.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your view on the Motion, then on or before 14 days from the date of this motion you or your attorney must:

> File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)]. If you mail your request for hearing (or response) to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.
>
> Clerk of Court
> United States Bankruptcy Court
> 701 E. Broad Street
> Richmond, VA 23219

You must also mail a copy to:        Richard J. Oulton, Esq.
                                      The Debt Law Group, PLLC
                                      2800 N. Parham Rd, Ste 100
                                      Henrico, VA 23294
                                      Attorney for the Debtor(s)

:    Chapter 13 Trustee:    Robert E. Hyman, P.O. Box 1780, Richmond, VA 23219-1780

> Attend a hearing which will be scheduled at a later date.  You will receive separate notice of hearing.  **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.**

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

**1/4/2011**                                              /s/ Richard J. Oulton
                                                          Richard J. Oulton (VSB#29640)
                                                          Attorney for Debtor
                                                          The Debt Law Group, PLLC
                                                          2800 N. Parham Rd, Ste 100
                                                          Henrico, VA 23294
                                                          (804)308-0051/Fax: (804)308-0053

CERTIFICATE OF SERVICE

     The undersigned hereby certifies that I have on **January 4, 2011,** mailed a true copy of the foregoing Notice of Motion to the parties listed on the attached service list.

                                                          /s/ Richard Oulton
                                                          Richard J. Oulton

**Service list:**

**Robert E. Hyman**
**P.O. Box 1780**
**Richmond, VA 23219-1780**

**NAME AND ADDRESSES OF CREDITORS**

.

Alliance One
4850 Street Road Suite 300
Feasterville Trevose, PA 19053


at&t
17000 Cantrell Road 2nd Floor
Little Rock, AR 72223-4266


AT&T
P.O. Box 536216
Atlanta
Atlanta, GA 30353-6216


Bank of America
PO Box 15726
Wilmington, DE 19886-5726


Benfcl/Hfc
Pob 1547
Chesapeake, VA 23327


Bk Of Amer
4060 Ogletown/Stan
Newark, DE 19713


Bon Secours
PO Box 28538
Richmond, VA 23228


Cap One
Pob 30281
Salt Lake City, UT 84130


Chase
Bank One Card Serv
Westerville, OH 43081


Continental Emergency Services
111 Bulifants Blvd
Suite B
Williamsburg, VA 23188-5711


Discover
PO Box 71084
Charlotte, NC 28272-1084

```
Discover Fin
Pob 15316
Wilmington, DE 19850


Gemb/Oldnavy
Po Box 981400
El Paso, TX 79998


Kohls/Chase
N56 W17000 Ridge
Menomonee Fall, WI 53051


mortgage



Nationstar
350 Highland
Houston, TX 77067


Thd/Cbsd
Po Box 6497
Sioux Falls, SD 57117


Verizon
PO Box 660720
Dallas, TX 75266-0720


Verizon
P.O. Box 660120
Dallas, TX 75266-0720


Verizon--Virginia
600 East Main St.
Richmond, VA 23219


Wachdfs
Pob 3117
Winston Salem, NC 27102


WaMu
PO Box 660433
Dallas, TX 75266-0433
```